# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| FNBN-RESCON I LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHN A. RITTER, et al.,<br><br>        Defendants. | 2:11-cv-01867-GMN-VCF<br><br>**ORDER**<br><br>[Plaintiff's Request for Summary Disposition on its Motion for Leave to Amend the Complaint #30] |

      Before the Court is Plaintiff's Request for Summary Disposition on its Motion for Leave to Amend the Complaint. (#30).

      On January 7, 2013, the Court granted Plaintiff's Motion for Leave to Amend the Complaint (#29).

      IT IS HEREBY ORDERED that Plaintiff's Request for Summary Disposition on its Motion for Leave to Amend the Complaint (#30) is STRICKEN as necessary.

      DATED this 24th day of January, 2013.

                                                                     _____

                                                                   CAM FERENBACH<br>                                                                   UNITED STATES MAGISTRATE JUDGE