```
                                    ___ FILED          ___ RECEIVED
                                    ___ ENTERED        ___ SERVED ON
                                        COUNSEL/PARTIES OF RECORD

                                              MAY 2 6 2015

                                        CLERK US DISTRICT COURT
                                          DISTRICT OF NEVADA
                                    BY: _____ DEPUTY
```

1  **REID RUBINSTEIN & BOGATZ**
   I. SCOTT BOGATZ, ESQ.
2  Nevada Bar No. 3367
   CHARLES M. VLASIC III, ESQ.
3  Nevada Bar No. 11308
   3883 Howard Hughes Parkway, Suite 790
4  Las Vegas, Nevada 89169
   Telephone: (702) 776-7000
5  Facsimile: (702) 776-7900
   sbogatz@rrblf.com
6  cvlasic@rrblf.com
   *Attorneys for Defendants*

7

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FNBN-RESCON I LLC, a Delaware limited liability company, | Case No. 2:11-cv-01867 JAD-VCF |
| Plaintiff, | |
| vs. | Consolidated with 2:11-cv-01868-LRH-GWF |
| JOHN A. RITTER, individually; JOHN A. RITTER, AS TRUSTEE OF THE MUSTANG TRUST, | |
| Defendants. | |

### SUBSTITUTION OF COUNSEL

The law firm of **REID RUBINSTEIN & BOGATZ** is hereby substituted as attorneys of record for JOHN A. RITTER and JOHN A. RITTER, AS TRUSTEE OF THE MUSTANG TRUST in the above-entitled action, in place and stead of the law firm of Bogatz Law Group.

| JOHN A. RITTER | MUSTANG TRUST |
|---|---|
| | By: Its Trustee |
| _____ | _____ |
| John A. Ritter | John A. Ritter, Trustee |

. . .

. . .

Page 1 of 3

I hereby consent to the above and forgoing substitution for Defendants in the above-entitled action.

Dated this 19th day of May, 2015.

BOGATZ LAW GROUP

By: /s/ Charles M. Vlasic III, Esq.
I. Scott Bogatz, Esq.
Nevada Bar No. 3367
Charles M. Vlasic III, Esq.
Nevada Bar No. 11308
3883 Howard Hughes Parkway, Suite 790
Las Vegas, Nevada 89169
*Attorneys for Defendants*

I hereby accept the above and foregoing substitution as attorney for Defendants in the above-entitled action.

Dated this 19th day of May, 2015.

REID RUBINSTEIN & BOGATZ

By: /s/ Charles M. Vlasic III, Esq.
I. Scott Bogatz, Esq.
Nevada Bar No. 3367
Charles M. Vlasic III, Esq.
Nevada Bar No. 11308
3883 Howard Hughes Parkway, Suite 790
Las Vegas, Nevada 89169
*Attorneys for Defendants*

IT IS SO ORDERED
May 26, 2015

CAM FERENBACH