**REID RUBINSTEIN & BOGATZ**
I. SCOTT BOGATZ, ESQ.
Nevada Bar No. 3367
CHARLES M. VLASIC III, ESQ.
Nevada Bar No. 11308
3883 Howard Hughes Parkway, Suite 790
Las Vegas, Nevada 89169
Telephone: (702) 776-7000
Facsimile: (702) 776-7900
sbogatz@rrblf.com
cvlasic@rrblf.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FNBN-RESCON I LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>   vs.<br><br>JOHN A. RITTER, individually; JOHN A. RITTER, AS TRUSTEE OF THE MUSTANG TRUST,<br><br>        Defendants. | **Case No. 2:11-cv-01867 JAD-VCF**<br>Consolidated with 2:11-cv-01868 -JAD-VCF<br><br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| FNBN-RESCON I LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>   vs.<br><br>JOHN A. RITTER, individually,<br><br>        Defendant. | |
| FNBN-RESCON I LLC, a Delaware limited liability company,<br><br>        Plaintiff, | |

REID RUBINSTEIN & BOGATZ
3883 Howard Hughes Parkway, Suite 790
Las Vegas, Nevada 89169
(702) 776-7000  FAX: (702) 776-7900

**REID RUBINSTEIN & BOGATZ**
3883 Howard Hughes Parkway, Suite 790
Las Vegas, Nevada 89169
(702) 776-7000  FAX: (702) 776-7900

vs.

JOHN A. RITTER, individually; JOHN A.
RITTER, AS TRUSTEE OF THE MUSTANG
TRUST; FOCUS INVESTMENT MANAGER,
LLC, a Nevada limited liability company,

        Defendant.

**STIPULATION AND**        **ORDER OF DISMISSAL WITHOUT PREJUDICE**

       Plaintiff FNBN-RESCON I, LLC, through their attorneys of record, the law firms of Quarles & Brady LLP and Smith Larsen & Wixom, Chd. ("Plaintiff"), and Defendants John A. Ritter, individually and as Trustee of the Mustang Trust, and Focus Investment Manager, LLC, through their attorneys of record, the law firm of Reid Rubinstein and Bogatz (collectively "Defendants"), HEREBY STIPULATE AND AGREE AS FOLLOWS:

       1.     Plaintiff and Defendants have entered into a Settlement Agreement, pursuant to which Plaintiff and Defendants have agreed to resolve their dispute and this litigation; and

       2.     Pursuant to the Settlement Agreement, although the first priority loans at issue in this litigation have not been extinguished or resolved, the parties have agreed to dismiss the pending claims without prejudice, with each party to bear its own fees and costs.

**ORDER**

      Based on the parties' stipulation, IT IS HEREBY ORDERED that this action is DISMISSED without prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to close this case.

      Dated: September 30, 2015.

                               _____
                              UNITED STATES DISTRICT JUDGE

QB\144841.00004\35613299.1

**REID RUBINSTEIN & BOGATZ**
3883 Howard Hughes Parkway, Suite 790
Las Vegas, Nevada 89169
(702) 776-7000 FAX: (702) 776-7900

| | |
|---|---|
| DATED this 30th day of September, 2015. | DATED this 30th day of September, 2015. |
| QUARLES & BRADY LLP | REID RUBINSTEIN & BOGATZ |
| By: ___/s/ James L. Burke___<br>Susan G. Boswell, Esq.,<br>Nevada Bar No. 4539<br>James L. Burke, Esq.,<br>Arizona Bar No. 011417<br>*Admitted Pro Hac Vice*<br>One South Church Avenue, Suite 1700<br>Tucson, Arizona 85701<br><br>-and-<br><br>SMITH LARSEN & WIXOM, CHD<br>Michael B. Wixom, Esq.,<br>Nevada Bar No. 2812<br>1935 Village Center Circle<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Plaintiff FNBN-RESCON I LLC* | By: ___/s/ Charles M. Vlasic III___<br>Scott Bogatz, Esq., Bar No. 3367<br>Charles M. Vlasic III, Esq.,<br>Nevada Bar No. 11308<br>3883 Howard Hughes Pkwy, Suite 790<br>Las Vegas, Nevada, 89169<br><br>*Attorneys for Defendants* |

## ORDER

BASED UPON THE FOREGOING, IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

-3-